UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

JUAN FRANCISCO GOMEZ Et Al

Civil Action No 1-25-cv-06184

SALSA CON FUEGO MANAGEMENT LLC Et Al

September 28, 2025

### MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND TO RETAIN COUNSEL

The Defendant Salsa con Fuego Management is requesting the court to grant me more time to answer to the civil suit and more time to be able to retained counsel since Salsa con Fuego is currently experiencing financial foes and cannot afford to hire any attorney today.

*[signature: John Torres]*
Defendant

Salsa con Fuego Managemt

## ORDER EXTENDING TIME IS GRANTED/DENIED

## CERTIFICATION

The Defendant(s) Salsa con Fuego certify that a copy of the motion as been sent to all counsel on record on 8/28/2025

Salsa con Fuego Management