UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN FRANCISCO GOMEZ et al.,<br><br>                    Plaintiffs,<br><br>           -v.-<br><br>SALSA CON FUEGO MANAGEMENT LLC et al.<br><br>                    Defendants. | 25 Civ. 06184 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On October 27, 2025, Defendants moved to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to Rule 15(a)(1)(B), a plaintiff has 21 days after service of a Rule 12(b) motion to amend the complaint once as of right.

It is hereby ORDERED that Plaintiffs shall file any amended complaint by **November 18, 2025**. In accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiffs will not be given any further opportunity to amend the Complaint to address issues raised by the motion to dismiss absent good cause.

If Plaintiffs amend, then the Court will deny the previously filed motion to dismiss as moot. By three weeks after the amended complaint is filed, Defendants shall file an answer or a new motion to dismiss. If Defendants file a new motion to dismiss, any opposition shall be filed within 14 days. Any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, then Plaintiffs shall file any opposition to the motion to dismiss by **November 18, 2025**. Defendants' reply, if any, shall be filed by **November 25, 2025**.

SO ORDERED.

Dated: October 29, 2025
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge