UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN FRANCISCO GOMEZ et al., <br><br> Plaintiffs, <br><br> -v.- <br><br> SALSA CON FUEGO MANAGEMENT LLC et al, <br><br> Defendants. | 25 Civ. 06184 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

The Court, having been advised that "Plaintiffs consent to stay this matter so that their claims can be arbitrated," ECF No. 15, hereby GRANTS as unopposed Defendants' motion to compel arbitration and stay the proceedings and DENIES without prejudice Defendant's motion to dismiss (ECF No. 13). The Clerk of Court is directed to administratively close the case without prejudice to any party. Within 14 days of the conclusion of the arbitration proceedings, the parties shall file a joint letter-motion to reopen the case.

SO ORDERED.

Dated: November 20, 2025
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge