**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUAN FRANCISCO GOMEZ et al,

                        Plaintiff,

   -against-                                           25 **CIVIL** 6184 (JHR)

                                                                  **JUDGMENT**

SALSA CON FUEGO MANAGEMENT LLC et al,

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 20, 2025, Defendants' motion to compel arbitration and stay the proceedings and DENIES without prejudice Defendant's motion to dismiss; accordingly, the case is administratively closed without prejudice to any party.

**Dated:** New York, New York

      November 25, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                        BY:
                                                           **Deputy Clerk**